<br>

1

2              **UNITED STATES DISTRICT COURT**

3                   **DISTRICT OF NEVADA**

4

ROBERT BOSCH LLC,                          Case No.  2:10-cv-1927-RLH-PAL

5            Plaintiff,

6                                                          **ORDER**
v.                                         **GRANTING PLAINTIFF'S MOTION**
7                                          **FOR ENTRY OF DEFAULT JUDGMENT**
                                           **AGAINST DEFENDANT**
NINGBO XINHAI AIDUO AUTOMOBILE
8    WIPER BLADE MANUFACTURING CO.,
LTD.,
9
             Defendant.
10

11

12          The Court, having considered that the Defendant Ningbo Xinhai Aiduo Automobile

13   Wiper Blade Manufacturing Co., Ltd. ("Aiduo") has failed to appear or otherwise respond to the

14   Complaint filed and served on November 3, 2010 by Plaintiff Robert Bosch LLC ("Bosch"), that

15   Clerk's Default was entered on January 19, 2011 (D.I. 19), that Bosch's Motion for Default

16   Judgment is currently pending, and for good cause appearing, HEREBY GRANTS judgment by

17   default against Aiduo and in favor of Bosch.

18          IT IS FURTHER ORDERED THAT

19          (1) Aiduo has infringed one or more of the claims of the United States Patents Nos.

20   7,228,588 and 7,484,264 by making, importing, offering for sale, using, and selling its "beam" or

21   "flat" blade wiper blade products, in violation of the patent laws of the United States.

22          (2) Aiduo is permanently enjoined, along with its officers, agents, servants, employees,

23   attorneys, parents, subsidiaries, affiliates, and those persons in active concert or participation

24   with them, from making, using, selling, offering for sale, or importing into the United States, for

25   the remaining terms of the 7,228,588 and 7,484,264 patents, any wiper blade products infringing

26   these patents, including, without limitation, the beam wiper blade products displayed at the 2010

27   AAPEX show, and any products that are a mere colorable variation of the same.

28   . . .

1      (3) The Court retains jurisdiction over the parties to the extent necessary to enforce the

2 terms of this default judgment and the injunctive relief provided herein.

3

4                                  IT IS SO ORDERED.

5

6                                  _____

                                 ROGER L. HUNT

7                                  Chief United States District Judge

8                                  Date:_____February 14, 2011_____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28