1  Cam Ferenbach
   Nevada Bar No. 96
2  Jennifer L. Braster
   Nevada Bar No. 9982
3  LIONEL SAWYER & COLLINS
   1700 Bank of America Plaza
4  300 South Fourth Street
   Las Vegas, Nevada 89101
5  (702) 383-8888 (Telephone)
   (702) 383-8845 (Fax)
6  cferenbach@lionelsawyer.com
   jbraster@lionelsawyer.com
7
   Mark A. Hannemann (admitted *pro hac vice*)
8  Jeffrey S. Ginsberg (admitted *pro hac vice*)
   KENYON & KENYON LLP
9  One Broadway
   New York, NY 10004
10 (212) 425-7200 (Telephone)

11 *Attorneys for Robert Bosch LLC*

12

13                     **UNITED STATES DISTRICT COURT**

14                          **DISTRICT OF NEVADA**

15 | ROBERT BOSCH LLC, | Case No.  2:10-cv-1927-RLH-PAL |
   |---|---|
16 |                Plaintiff, | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
17 |        v. |  |
18 | NINGBO  XINHAI  AIDUO  AUTOMOBILE WIPER  BLADE  MANUFACTURING  CO., LTD., |  |
19 |                Defendant. |  |

20 . . .

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Please take notice that R. Scott Roe withdraws his appearance on behalf of Plaintiff Robert Bosch LLC. Plaintiff Robert Bosch LLC respectfully requests Mr. Roe (sroe@kenyon.com) be removed from the electronic service list.

LIONEL SAWYER & COLLINS


By:  /s/ Jennifer L. Braster
Cam Ferenbach
Nevada Bar No. 96
Jennifer L. Braster
Nevada Bar No. 9982
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Mark A. Hannemann
Jeffrey S. Ginsberg
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (Telephone)

Attorneys for Robert Bosch LLC

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED:  September 1, 2011

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2