Cam Ferenbach
Nevada Bar No. 96
Jennifer L. Braster
Nevada Bar No. 9982
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)
cferenbach@lionelsawyer.com
jbraster@lionelsawyer.com

Mark A. Hannemann (admitted *pro hac vice*)
Jeffrey S. Ginsberg (admitted *pro hac vice*)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (Telephone)

*Attorneys for Robert Bosch LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BOSCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NINGBO XINHAI AIDUO AUTOMOBILE WIPER BLADE MANUFACTURING CO., LTD.,<br><br>    Defendant. | Case No.  2:10-cv-1927-RLH-PAL<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1  Please take notice that R. Scott Roe withdraws his appearance on behalf of Plaintiff Robert Bosch LLC. Plaintiff Robert Bosch LLC respectfully requests Mr. Roe (sroe@kenyon.com) be removed from the electronic service list.

LIONEL SAWYER & COLLINS

By:  /s/ Jennifer L. Braster
Cam Ferenbach
Nevada Bar No. 96
Jennifer L. Braster
Nevada Bar No. 9982
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Mark A. Hannemann
Jeffrey S. Ginsberg
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (Telephone)

Attorneys for Robert Bosch LLC

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  September 1, 2011